PALLADINO *v.* MAYOR, ETC., OF THE CITY OF NEW YORK.

*(Supreme Court, General Term, First Department.* December 29, 1890.)

Appeal from circuit court, New York county.

Action by Joseph Palladino against the mayor, etc., of the city of New York. Defendant appeals from a judgment entered on a verdict for plaintiff. For decision on previous appeal, see 10 N. Y. Supp. 66.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*W. H. Clark,* for appellant. *L. Laflin Kellogg,* for respondent.

PER CURIAM. The questions involved being the same as on the previous appeal in this case, for the reasons stated in the opinion rendered in *Palladino* v. *Mayor,* 10 N. Y. Supp. 66, (decided May, 1890,) the judgment appealed from should be affirmed.

---

BRIGGS, Appellant, *v.* AYRAULT *et al.,* Respondents.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Order appealed from affirmed, with $10 costs, and disbursements. *Collins* v. *Beebe,* 7 N. Y. Supp. 442, followed.

---

CITIZENS' BANK OF PERRY, Respondent, *v.* WILLIAMS *et al.,* Appellants.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Reargument ordered. MACOMBER, J., taking no part.

---

DAVIS, Appellant, *v.* CAMPBELL *et al.,* Respondents.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Judgment appealed from affirmed, with costs, on opinion delivered at special term.

---

SPETH, Respondent, *v.* NEW YORK CENT. & H. R. R. Co., Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Judgment and order appealed from affirmed. CORLETT, J., not sitting.

---

GARLOCK, Appellant, *v.* VANDEVORT, Respondent.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Judgment appealed from affirmed, with costs, on opinion delivered at special term. See 5 N. Y. Supp. 737.

---

LEWIS, Respondent, *v.* VAN KEUREN, Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Judgment of Steuben county court affirming judgment of a justice of the peace affirmed, with costs.

---

PAINE, Respondent, *v.* CHANDLER, Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Judgment appealed from affirmed, with costs, on opinion delivered at special term. See 5 N. Y. Supp. 739.